In the Matter of the Application of EVELYN G. DOWNS for a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of JOHN J. HILL, Deceased.— Decree unanimously affirmed, with costs to the executrix payable out of the estate. The petitioner sought to be appointed administratrix with the will annexed, and for a construction of testator's will. She claims that upon the termination of preceding life estates

and at the time of the distribution of the proceeds of the property involved on the appeal there was intestacy and she became one of the parties entitled thereto. The surrogate correctly held that she had no interest in the estate and no right to appointment as administratrix with the will annexed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.